## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**    **:**

                **:**

       **v.**         **:**     **Criminal No.: 05-232** (JR)

                **:**

**MARTIN NORRIS**        **:**

                **:**

    **Defendant.**       **:**

### NOTICE OF ASSIGNMENT AND APPEARANCE

      The United States of America by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant

United States Attorney Patricia King McBride, telephone number (202) 514-7549. This is also notice

of her appearance in this matter on behalf of the United States.

                Respectfully submitted,

                KENNETH L. WAINSTEIN
                United States Attorney

                _____

                Patricia King McBride
                Assistant United States Attorney
                Narcotics Section
                555 4th Street, N.W.
                Washington, DC 20001
                (202) 514-7459; Fax: (202) 353-9414

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for
the defendant, Stephen Brenwald, this 21th day of June, 2005.

                _____
                ASSISTANT UNITED STATES ATTORNEY