UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                    :

    v.                               : Crim. No. 05-CR-232

NORRIS MARTIN                    :

**APPEARANCE OF COUNSEL FOR DEFENDANT**

Please enter the appearance of undersigned counsel on behalf of the Defendant.

                                         Stephen F. Brennwald, Esq.
                                         Bar No. 398319
                                         Brennwald & Robertson, LLP
                                         922 Pennsylvania Avenue, S.E.
                                         Washington, D.C.  20003
                                         (202) 544-1990
                                         (202) 544-5003 (facsimile)
                                         (301) 928-7727 (cell)
                                         E-mail:  sfbrennwald@cs.com