UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 05-CR-232 (JR) |
| NORRIS MARTIN | : |

**MOTION TO CONTINUE STATUS HEARING**

COMES NOW Defendant, through undersigned counsel, and in support of his Motion to Continue Status Hearing, states as follows:

1. Defendant is scheduled to appear before this Court for a status hearing tomorrow, Thursday, July 7, 2005, 9:00 a.m.

2. The date was set without verifying its ability with counsel for defendant.

3. Counsel for the defendant is scheduled to appear in the Circuit Court for Prince George's County, Maryland on July 7, 2005, at 9:00 for a case that was scheduled over a month ago.

4. Counsel has attempted to locate stand-in counsel, without success.

5. Because this case is related to another case, the Federal Public Defender probably cannot stand in for counsel.

6. Counsel for defendant will be out of the country from the evening of July 7 until the evening of July 18, 2005.

7. Counsel for defendant was informed on this date (July 6, 2005) that attorney Idus Daniel will enter his appearance for the defendant when he returns from his vacation on July 18, 2005.  In the meantime, he is also unavailable to appear for the status hearing.

8. Counsel for the government does not oppose this motion.

      WHEREFORE, for the foregoing reasons, as well as for such other reasons as may appear to this Court, defendant prays that this matter be continued to a date convenient to new counsel for the defendant, Idus Daniel.

      Respectfully submitted,

      Stephen F. Brennwald, Esq.
      Bar No. 398319
      Brennwald & Robertson, LLP
      922 Pennsylvania Avenue, S.E.
      Washington, D.C.  20003
      (202) 544-1990
      (202) 544-5003 (facsimile)
      (301) 928-7727 (cell)
      E-mail:  sfbrennwald@cs.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 05-CR-232 (JR) |
| NORRIS MARTIN | : |

## **ORDER**

Upon consideration of Defendant's Unopposed Motion to Continue Status Hearing, it is, this ____ day of July, 2005, hereby

ORDERED, that the status hearing in this case, currently set for July 7, 2005, at 9:00 a.m., shall be vacated, it is further

ORDERED, that a new status hearing date shall be set for _____.

_____
James Robertson
United States District Judge

Copies to:

Stephen F. Brennwald
Barry Wiegand