CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 05-232 JR
)
Norris Martin )
)

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge

RECEIVED

DEC 21 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT