January 24, 2006
The Honorable James Robertson
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

*C R  05-0232*

It gives me great pleasure to write this letter on behalf of Mr. Robert R. Martin. I have
had the opportunity to know Norris for over twenty (20) years. When I first met Norris, I
was immediately drawn to him. He was very polite, never displayed any signs of
violence, disrespect or lack the desire to help others. I am the Assistant Director for What
About the Children Summer Camp Programs, located in N.W. D.C. Our program is
about interacting with at risk children from all walks of life. I have had the pleasure of
working side by side with him. I watched him as he spent time with children from both
one and two parent households (he did not make exceptions). He would find time to take
them on fishing trips, and for some of them this would be a first time on an all day fishing
excursion. Norris worked with boy's ages 9 - 14 years. The young men were taught to
respect and obey authority figures. They enjoyed the recreation time, because Norris
would toss the football, shoot basketballs, and even play dodge and kick ball with them.
At lunch time he would share his lunch and even on occasion buy lunch for anyone
without food. He is just the type of person interested in helping others. I have also had the
chance to watch him with his own children, and they are truly his life. Norris Martin is
not only a true friend, but I love and respect him as my own son. He is a wonderful and
devoted husband and father. Norris has a dedication to his family; to provide for them
and to maintain a loving, happy, and healthy home environment. While using his skills as
a carpenter, he has helped me maintain my home. He has also come to the aid of many
other home owners, and anyone else in need of his help. When he returns to the
community, he will always have a place to work within my organization as a counselor
for at risk children. I look forward to working with him again.

Respectfully,

*Shirley Hicklin-Johnson*

Shirley Hicklin-Johnson

*2/10/06
Leave to file
granted
McMartin
USDJ*