UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | : | |
| | : | |
| v. | : | CN:  CR-05-232-01 (JR) |
| | : | |
| Norris Martin | : | |
| _____ | : | |

DEFENDANT MARTIN'S MOTION FOR COMPASSIONATE
RELEASE AND SELF-SURRENDER

COMES NOW, Defendant Norris Martin, by and through counsel, Idus J. Daniel, Jr. and moves this Honorable Court to release Mr. Martin following sentencing and allow for self-surrender to the Bureau of Prisons upon demand.  As grounds therefore, Defendant states the following:

1. Mr. Martin entered a plea of guilty on December 21, 2005 to one count of Distribution of more than 50 grams of a controlled substance in violation of Title 21 U.S.C. Sec. 841 (a)(1) and 841 (b)(1)(A)(iii).

2. Currently, Mr. Martin is scheduled to be sentenced on March 1, 2006.

3. Mr. Martin accepts full responsibility for the admitted conduct and is aware of the potential sentence to be handed down by this Honorable Court.

4. Mr. Martin is a husband to Nicole Martin and the father of Roniqua, age 15 months, Lashawn, age 9, Kanysha, age 16 and Norquesha, age 17.  He was the primary provider for his wife and children.

5. Mr. Martin request that he be allowed a short term release to tend to the many affairs of his family, in that, his incarceration will be at least 10 years. Mr. Martin especially seeks an opportunity to bond with infant daughter.

6. It should be noted that a defendant similarly situated, and connected to this Matter, has been on release almost since the outset of his matter. Mr. Martin will accept any and all conditions imposed by the Court to reasonably assure his return to authorities and to protect the community.

7. In addition, Mr. Martin will be able to resume a home rehabilitation contract he entered into before his arrest in this matter. The job site is located at 1333 Maryland Ave. N.E. The property is owned by Fameda S. Shah.

Herein, Mr. Martin request that this Court grant a request for compassionate release following sentencing and self-surrender to the Bureau Of Prisons. In addition, Mr. Martin seeks the imposition of any and all conditions which may facilitate his request.

Respectfully submitted ,

_____
IDUS J. DANIEL JR.
Bar No. 405077
639 I Street N.E.
Washington, DC 20002
(202) 546-5023
Ijdaniel_law@hotmail.com

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was faxed and mailed postage prepaid to Assistant U.S. Attorney Wanda J. Dixon, 555 4th. St. N.W., Washington, DC 20530, this _____ day of February, 2006.

_____
IDUS J. DANIEL, JR.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CN:  CR-05-232-01 (JR) |
| | : | |
| NORRIS MARTIN | : | |
| _____ | : | |

## O R D E R

Upon consideration of Defendant Norris Martin's Motion for Compassionate Release and Self-Surrender and the record herein:

It is hereby ORDERED that Defendant's Motion is GRANTED and

Mr. Martin is released to pretrial services to be monitored until his self-surrender to the Bureau of Prisons.

_____
JAMES  ROBERTSON
United States District Judge